**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

David Cleveland Hesser
Attorney at Law
2820 Jackson St.
Alexandria LA 71301

**REHEARING ACTION: December 21, 2011**

**Docket Number: 11   00705-JAC**

**DONALD BRUNT**
**VERSUS**
**LISA OSTIC ABERNATHY**

**Appealed from Vernon Parish Case No. 83,639, Div. C**

**BEFORE JUDGES:**

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Billy Howard Ezell**
   **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Donald Brunt** has this day been

   **DENIED.**

cc: Jennifer Matte, Counsel for the Appellant